IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-106-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $3,735.00 IN U.S. CURRENCY, ) | |
| ) | |
| AND ) | |
| ) | |
| $13,700.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendants ) | |

On May 7, 2015, Claimants Vernell Turner Mann and Earl Thomas Green each filed their claims [DE-9; DE-11] and their combined answer/motion to dismiss [DE-10; DE-12] in this action. The Clerk of Court promptly issued a notice of deficiency regarding the motions to dismiss, informing counsel for claimants that she failed to comply with Local Civil Rule 7.1(d), and directing counsel to file memoranda supporting the motions to dismiss.

Claimants have failed to comply with the directive of the Clerk of Court. Accordingly, the motions to dismiss [DE-10; DE-12] are DENIED without prejudice.

SO ORDERED. This the 24th day of June, 2015.

*James C. Fox*
James C. Fox
Senior United States District Judge